# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEREK PIESTER AND** | : | CIVIL ACTION |
| **SEMAH ZAVAREH, H/W,** | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | No.: 11-cv-04720 |
| | : | |
| **JOHN M. HICKEY AND** | : | |
| **POTAMKIN HYUNDAI, INC.,** | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this __20TH__ day of March, 2012, upon consideration of the Motion of Defendants John M. Hickey and Potamkin Hyundai, Inc. to Dismiss Punitive Damages Pursuant to F.R.C.P. 12(b)(6) (Doc. No. 16) and Plaintiffs' Reply to Defendants' Motion to Dismiss Punitive Damages Claim (Docs. Nos. 20-21), it is hereby **ORDERED** that the motion is **GRANTED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:


  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE